**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IVAN BLANCO and KATHRYN SWIGGUM, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

MONDELEZ INTERNATIONAL, INC., a Virginia corporation; MONDELEZ GLOBAL, LLC, a Delaware limited liability company; AND NABISCO, INC., a New Jersey corporation,

Defendants.

Case No. 1:24-cv-13193

Judge: Hon. Charles P. Kocoras

Magistrate Judge: Hon. Daniel P. McLaughlin

**JOINT MOTION TO STAY ACTION**

Plaintiffs Ivan Blanco and Kathryn Swiggum, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Mondelez International, Inc. and Mondelez Global, LLC (collectively, "Defendants") respectfully submit the following Joint Motion to stay the action pending approval of the Parties' classwide settlement. In support of the Joint Motion, the Parties state as follows:

On December 23, 2024, Plaintiffs commenced this action. (ECF No. 1.) On January 17, 2025, Defendants entered an appearance in the case. (ECF No. 8.) The matter has not yet come before this Court and no dates in the action have been set.

On January 16, 2024, the Parties appeared for a mediation before Judge Jay Gandhi (Ret.) and reached a settlement in principle. The Parties are currently working to agree to all material terms of nationwide class action settlement and plan to finalize the settlement and file a motion seeking preliminary approval of it in the Northern District of California where the Honorable Vince Chhabria is presiding over a certified class of California purchasers of Wheat Thins involving the same claims and counsel, here.

Accordingly, the Parties hereby jointly move the Court and agree that, upon the Court's grant of this Joint Motion, the present action be stayed pending approval of the Parties' classwide settlement. The Parties agree to provide the Court with a status update on the settlement or, alternatively, will file a dismissal of this action in 180 days.

Dated: January 21, 2025

Respectfully submitted,

By: */s/ Daniel J. Biederman, Jr.*
Daniel J. Biederman, Jr.
Illinois ARDC # 6312355
Law Office of Danny Biederman, LLC
20 N. Clark Street, Suite 320
Chicago, IL 60602
(312) 757-5021 | (630) 319-4587
danny@djblegal.com

*Pro hac vice to be sought for:*
DAVE FOX (CA Bar No. 254651)
Dave@FoxLawAPC.com
JOANNA FOX (CA Bar No. 272593)
Joanna@FoxLawAPC.com
COURTNEY VASQUEZ (CA Bar No. 267081)
Courtney@FoxLawAPC.com
**FOX LAW, APC**
201 Lomas Santa Fe Drive, Suite 420
Solana Beach, CA 92075
Tel: 858-256-7616
Fax: 858-256-7618

*Attorneys for Plaintiffs and the Proposed Class*

Dated: January 21, 2025

**CROWELL & MORING, LLP**

/s/ *Jason Stiehl*
JASON STIEHL
JStiehl@crowell.com
MONDELĒZ INTERNATIONAL, INC.,
MONDELĒZ GLOBAL, LLC and
NABISCO, INC.

**CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jason Stiehl, counsel for Defendants, and that I have obtained his authorization to affix his signature to this document.

Date: January 21, 2025

**Law Office of Danny Biederman, LLC**

By: *<u>/s/ Daniel J. Biederman, Jr.</u>*

Daniel J. Biederman, Jr.
Illinois ARDC # 6312355
Law Office of Danny Biederman, LLC
20 N. Clark Street, Suite 320
Chicago, IL 60602
(312) 757-5021 | (630) 319-4587
danny@djblegal.com